

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00274-CV

**IN RE** James **MCCOY**

Original Proceeding[1]

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

Delivered and Filed: April 15, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, James McCoy, filed his petition for writ of mandamus on April 6, 2026. McCoy also filed a motion to proceed in forma pauperis and a motion to accept one copy of all pleadings. Having considered the petition and accompanying record, this court has determined that McCoy has not established that he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied. The pending motions are denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025CI22886, styled *James McCoy v. William Davidson*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Rosie Alvarado presiding.